## MARY GREVE *vs.* ST. PAUL, STILLWATER & TAYLOR'S FALLS RAILROAD COMPANY.

### October 10, 1878.

**Notice of Argument—Computation of Time.—**In giving the ten days' notice of argument required by rule 8 of the supreme court, the day of service and the first day of the term must both be excluded.

*J. B. Brisbin*, for appellant.

*John B. & W. H. Sanborn*, for respondent.

*By the Court.* Motion to strike cause from calendar, for insufficiency of notice of argument. The notice was served September 21st, for the term commencing October 1st. The rule (8) requires a notice of at least ten days before the first day of the term. To make at least ten days, neither the day

on which the notice is served, nor the first day, can be counted. The notice was insufficient, and the cause is struck from the calendar.